1
2
3
4
5

6                          UNITED STATES DISTRICT COURT
7                         CENTRAL DISTRICT OF CALIFORNIA
8                                  WESTERN DIVISION
9

10  RICHARD GEORGE MORENO,           )   No. CV 03-9000 DSF (FFM)
                                     )
11               Petitioner,         )
                                     )   JUDGMENT
12       v.                          )
                                     )
13  LARRY SCRIBNER, Warden,          )
                                     )
14               Respondent.         )
15  _____ )

16       Pursuant to the Order Adopting Findings, Conclusions and Recommendations of
17  United States Magistrate Judge,
18       IT IS ADJUDGED that the Petition is dismissed with prejudice.
19
20  DATED: November 21, 2008
21
22                                              _____
23                                                      DALE S. FISCHER
                                                     United States District Judge
24
25
26
27
28